UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JANIE PAULETTE BERRY,  )  <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> MICHAEL J. ASTRUE,  ) <br> COMMISSIONER OF SOCIAL SECURITY,  ) <br> Defendant.  ) | No. 3:11-CV-277 <br> (Phillips/Shirley) |

## MEMORANDUM AND ORDER

This Social Security appeal is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley Jr. [Doc. 20]. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that the Commissioner's motion for summary judgment be denied, and the plaintiff's motion for summary judgment be granted to extent that it requests that the case be remanded to the Commissioner. Accordingly, the court **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and

Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the Commissioner's motion for judgment on the pleadings [Doc. 18] is **DENIED;** the plaintiff's motion for summary judgment [Doc. 11] is **GRANTED,** to the extent that the case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings to determine the effect of plaintiff's mental impairments and limitations upon her residual functional capacity.

**ENTER:**

     s/ Thomas W. Phillips
United States District Judge

-2-

Case 3:11-cv-00277   Document 21   Filed 09/28/12   Page 2 of 3   PageID #: 103

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOHNNY CAUDILL,<br>      Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>      Defendant. | No. 3:10-CV-275<br>(Phillips/Shirley) |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the report and recommendation of the magistrate judge [Doc. 18] is **ACCEPTED IN WHOLE** under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b).

**IT IS ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the Commissioner's motion for summary judgment [Doc. 15] is **DENIED;** the plaintiff's motion for summary judgment [Doc. 11] is **GRANTED in part;** whereby this case is **REMANDED** to the Commissioner for further proceedings**.**

**IT IS SO ORDERED.**

                          **ENTER:**

                                s/ Thomas W. Phillips
                            United States District Judge