# United States District Court

__EASTERN__ DISTRICT OF __TENNESSE__

JANIE PAULETTE BERRY,　　　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,　　　　　　　　　　　　　　　CASE NUMBER: 3:11-cv-277
Commissioner of Social Security

[ ]　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]　**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under **sentence four** of 42 U.S.C. § 405(g), this Court hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner.

　　September 28, 2012　　　　　　　　　　　　　Debra C. Poplin, Clerk
Date

　　　　　　　　　　　　　　　　　　　　　　　　　By　　s/ *A. Brush*
　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk